


FILED
OCT 0 5 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-059-JED |
| | ) | |
| Plaintiff, | ) | **SUPERSEDING INDICTMENT** |
| | ) | [COUNT 1: 18 U.S.C. §§ 2261A(1)(B), |
| v. | ) | 2261(b)(5), and 1151—Stalking; |
| | ) | COUNT 2: 18 U.S.C. § 922(g)(3) and |
| JEREMY RYAN WETCH, | ) | 924(a)(2)—Unlawful User of a |
| | ) | Controlled Substance in Possession of |
| Defendant. | ) | Firearms and Ammunition] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [18 U.S.C. §§ 2261A(1)(B), 2261(b)(5), and 1151]

From on or about October 9, 2018, to on or about October 12, 2018, within Indian Country in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY RYAN WETCH**, traveled in interstate commerce from Akron, Colorado, to Tulsa, Oklahoma, and while doing so entered and left Indian Country, with the intent to harass and intimidate M.M. a person known to the Grand Jury, and in the course of and as a result of such travel engaged in conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to M.M.

All in violation of Title 18, United States Code, Sections 2261A(1)(B), 2261(b)(5), and 1151.

## COUNT TWO
**[18 U.S.C. §§ 922(g)(3) and 924(a)(2)]**

On or about October 12, 2018, in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY RYAN WETCH**, knowing that he was an unlawful user of marijuana, a Schedule I controlled substance, did knowingly possess in and affecting interstate commerce the following firearms and ammunition:

1. Smith & Wesson, Model 629-8, .44 Magnum caliber revolver, s/n: CPR8397;

2. Beretta, Model 21A, .22LR caliber pistol, s/n: DAA424570;

3. Beretta, Model PX4 Storm, .45 Auto caliber pistol, s/n: PK10258;

4. Five (5) rounds of Remington brand .22LR caliber ammunition;

5. Two (2) rounds of Federal brand 12-gauge caliber ammunition;

6. Five (5) rounds of PMC brand .44 Remington Magnum caliber ammunition;

7. One Hundred Nine (109) rounds of Winchester brand .45 Auto caliber ammunition; and

8. Eighty Nine (89) rounds of Winchester Military Ammunition brand .45 Auto caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

R. TRENT SHORES  
UNITED STATES ATTORNEY

A TRUE BILL

_____  
M. SCOTT PROCTOR  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson